IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON F. WILLIAMS, #240028, | ) |
| | ) |
| Petitioner, | ) |
| v. | )   CASE NO.  2:10-cv-886-TMH |
| | )                  WO |
| WILLIE THOMAS, Warden, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #31) to the Recommendation of the Magistrate Judge filed on December 15, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #17) filed on July 11, 2011 and Supplemental Recommendation of the Magistrate Judge entered on December 1, 2011 (Doc. #30) are adopted;

3. Petitioner's actual innocence claim presented in his amended petition for habeas corpus relief (Doc. #22) is DENIED and DISMISSED with prejudice as insufficient to equitably toll the time bar applicable to petitioner's habeas application.

DONE this the 30th day of January, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE